UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| ROBERT FOX, an individual, | ) | NO. 2:19-cv-00955-RSL |
| Plaintiff, | ) ) | **STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR REPORTS FROM EXPERT WITNESSES AND DISCOVERY CUTOFF** |
| v. | ) ) ) | |
| CITY OF BELLINGHAM, | ) ) | |
| Defendant. | ) ) ) | |

COME NOW Plaintiff Robert Fox ("Plaintiff") and Defendant City of Bellingham ("Defendant") (collectively, "the Parties"), and stipulate, agree, and move the Court to enter an order extending the deadline for Reports from Expert Witnesses under FRCP 26(a)(2) and Discovery Cutoff.

The current deadline for Reports from Expert Witnesses under FRCP 26(a)(2) is May 5, 2021. The current deadline for Discovery Cutoff is July 4, 2021. The Parties respectfully request that the deadlines be extended to June 30, 2021 and July 30, 2021, respectively.

Good cause exists for this short extension of time as the parties are scheduled to conduct a mediation with a third-party neutral on May 27, 2021 and would like to avoid the time and expense of engaging in expert discovery before the mediation. Further, the parties are still actively engaged in discovery, but require additional time to determine whether and to what extent expert testimony may be required to appropriately prepare and present this matter for trial.

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DEADLINE FOR REPORTS FROM EXPERT WITNESSES AND
DISCOVERY CUTOFF - 1
No. 2:19-cv-00955-RSL

**CORR|DOWNS PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 27th day of April, 2021.

CORR|DOWNS PLLC

By *s/ Jacob M. Downs*
    Jacob M. Downs, WSBA No. 37982
    Gretchen J. Hoog, WSBA No. 43248
    Jacqueline Middleton, WSBA No. 52636
    100 W. Harrison St., Suite N440
    Seattle, WA 98119
    Telephone: 206.962.5040
    jdowns@corrdowns.com
    ghoog@corrdowns.com
    jmiddleton@corrdowns.com

Attorneys for Plaintiff

DATED this 27th day of April, 2021.

CITY OF BELLINGHAM

By *s/ Shane P. Brady*
    Shane P. Brady, WSBA No. 34003
    Assistant City Attorney
    210 Lottie Street
    Bellingham, WA 98225-4089
    Telephone: (360) 778-8270
    sbrady@cob.org

Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR REPORTS FROM EXPERT WITNESSES AND DISCOVERY CUTOFF - 2
No. 2:19-cv-00955-RSL

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040

# ORDER

PURSUANT TO THE ABOVE STIPULATION, the following deadlines are modified as follows:

1. Reports from Expert Witnesses under FRCP 26(a)(2) is now June 30, 2021; and
2. The deadline for Discovery Cutoff is now July 30, 2021.

No other deadlines are modified.

IT IS SO ORDERED.

Dated this 28th day of April, 2021.

*/s/ S Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

CORR|DOWNS PLLC

By *s/ Jacob M. Downs*
    Jacob M. Downs, WSBA No. 37982
    Gretchen J. Hoog, WSBA No. 43248
    Jacqueline Middleton, WSBA No. 52636
    100 W. Harrison St., Suite N440
    Seattle, WA 98119
    Telephone: 206.962.5040
    jdowns@corrdowns.com
    ghoog@corrdowns.com
    jmiddleton@corrdowns.com
Attorneys for Plaintiff

CITY OF BELLINGHAM

By *s/ Shane P. Brady*
    Shane P. Brady, WSBA No. 34003
    Assistant City Attorney
    210 Lottie Street
    Bellingham, WA 98225-4089
    Telephone: (360) 778-8270
    sbrady@cob.org
Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR EXTENSION OF DEADLINE FOR REPORTS FROM EXPERT WITNESSES AND DISCOVERY CUTOFF - 3
No. 2:19-cv-00955-RSL

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040