UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT FOX, an individual, | NO. 2:19-cv-00955-RSL |
| Plaintiff, | |
| v. | **ORDER GRANTING STIPULATED MOTION FOR TEMPORARY STAY OF CASE** |
| CITY OF BELLINGHAM, | |
| Defendant. | |

The Court has considered the Stipulated Motion for Temporary Stay of Case for the above-referenced case.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Stipulated Motion for Temporary Stay of Case to stay discovery, pretrial deadlines, and trial until October 22, 2021 be GRANTED. The parties shall propose to the Court a new scheduling order and trial date for the Court's consideration upon completion of the stay.

Dated this 24th day of June, 2021.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR TEMPORARY
STAY OF CASE - 1
No. 2:19-cv-00955-RSL

**CORR|DOWNS PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040

Presented by:

CORR|DOWNS PLLC

By *s/ Jacob M. Downs*
 Jacob M. Downs, WSBA No. 37982
 Gretchen J. Hoog, WSBA No. 43248
 Jacqueline Middleton, WSBA No. 52636
 100 W. Harrison St., Suite N440
 Seattle, WA 98119
 Telephone: 206.962.5040
 jdowns@corrdowns.com
 ghoog@corrdowns.com
 jmiddleton@corrdowns.com
Attorneys for Plaintiff

CITY OF BELLINGHAM

By *s/ Shane P. Brady*
 Shane P. Brady, WSBA No. 34003
 Assistant City Attorney
 210 Lottie Street
 Bellingham, WA 98225-4089
 Phone: (360) 778-8270
 sbrady@cob.org
Attorneys for Defendant

ORDER GRANTING STIPULATED MOTION FOR TEMPORARY STAY OF CASE - 2
No. 2:19-cv-00955-RSL

**CORR|DOWNS PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040