1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| ROBERT FOX, an individual, | ) | NO. 2:19-cv-00955-RSL |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **STIPULATED MOTION AND ORDER** |
| | ) | **FOR EXTENSION OF DISCOVERY** |
| v. | ) | **CUTOFF** |
| | ) | |
| CITY OF BELLINGHAM, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

COME NOW Plaintiff Robert Fox ("Plaintiff") and Defendant City of Bellingham ("Defendant") (collectively, "the Parties"), and stipulate, agree, and move the Court to enter an order extending the deadline for Discovery Cutoff.

The current deadline for Discovery Cutoff is July 10, 2022. The Parties respectfully request that the deadline be extended to Friday, August 5, 2022.

Good cause exists for this short extension of time as the Parties are still actively engaged in discovery, but require additional time for the limited purpose of taking certain depositions as agreed between the Parties:

1. Logan Fox
2. Chuck Henkel
3. Dr. Emily Junck
4. Bill Newbold
5. Scott Peterson

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DISCOVERY CUTOFF - 1
No. 2:19-cv-00955-RSL

**CORR|DOWNS PLLC**
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040

1    IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2    DATED this 27th day of June, 2022.          DATED this 27th day of June, 2022.

3    CORR|DOWNS PLLC                              CHRISTIE LAW GROUP, PLLC

4

5    By s/ Jacob M. Downs                         By s/ Salim D. Lewis
        Jacob M. Downs, WSBA No. 37982               Salim D. Lewis, WSBA No. 52660
        Gretchen J. Hoog, WSBA No. 43248             Robert L. Christie, WSBA No. 10895
6       Joseph P. Corr, WSBA No. 36584               2100 Westlake Ave N, Suite 206
        100 W. Harrison St., Suite N440              Seattle, WA 98109
7       Seattle, WA 98119                            Telephone: (206) 957-9669
        Telephone: 206.962.5040                      salim@christielawgroup.com
8       jdowns@corrdowns.com                         bob@christielawgroup.com
        ghoog@corrdowns.com                       Attorneys for Defendant
9       jcorr@corrdowns.com
     Attorneys for Plaintiff
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DISCOVERY CUTOFF - 2
No. 2:19-cv-00955-RSL

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962-5040

ORDER

PURSUANT TO THE ABOVE STIPULATION, the deadline for Discovery Cutoff is now August 5, 2022.

No other deadlines are modified.

IT IS SO ORDERED.


Dated this 28th day of June, 2022.


*MrtS Casnik*
Robert S. Lasnik
United States District Judge

Presented by:

CORR|DOWNS PLLC


By *s/ Jacob M. Downs*
    Jacob M. Downs, WSBA No. 37982
    Gretchen J. Hoog, WSBA No. 43248
    Joseph P. Corr, WSBA No. 36584
    100 W. Harrison St., Suite N440
    Seattle, WA 98119
    Telephone: 206.962.5040
    jdowns@corrdowns.com
    ghoog@corrdowns.com
    jcorr@corrdowns.com
Attorneys for Plaintiff


CHRISTIE LAW GROUP, PLLC


By *s/ Salim D. Lewis*
    Salim D. Lewis, WSBA No. 52660
    Robert L. Christie, WSBA No. 10895
    2100 Westlake Ave N, Suite 206
    Seattle, WA 98109
    Telephone: (206) 957-9669
    salim@christielawgroup.com
    bob@christielawgroup.com
Attorneys for Defendant

STIPULATED MOTION AND ORDER FOR EXTENSION OF
DISCOVERY CUTOFF - 3
No. 2:19-cv-00955-RSL

CORR|DOWNS PLLC
100 WEST HARRISON STREET
SUITE N440
SEATTLE, WA 98119
206.962.5040