UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT FOX, | No. 2:19-cv-00955-RSL |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| CITY OF BELLINGHAM, | |
| Defendant. | |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

DATED this 29th day of March, 2023.

Robert S. Lasnik
United States District Judge

ORDER OF DISMISSAL – 1